THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAQWON SLADE,<br><br>　　　　　　　Defendant. | CASE NO. CR18-0307-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Clerk is DIRECTED to re-note Defendant's motion to suppress and dismiss (Dkt. No. 19) for May 21, 2019. The Clerk is further DIRECTED to schedule an evidentiary hearing for Defendant's motion to suppress and dismiss (Dkt, No. 19) for May 21, 2019 at 10:00 a.m.

DATED this 12th day of March 2019.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR18-0307-JCC
PAGE - 1