UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAQWON SLADE,<br><br>　　　　　　　　　　Defendant. | Case No. CR18-307 JCC<br><br>**ORDER DENYING MOTION TO REOPEN DETENTION ORDER** |

The Court DENIES defendant's motion to reopen the detention decision in this case. Dkt. 34. Defendant is charged with being a felon in possession of a firearm and allegedly committed the offense while on supervised release. He has been ordered detained on the supervised released matter by the Honorable Marsha Pechman, and the court sees no reason to overturn Judge Pechman's decision. *See* CR15-353-JCC, Dkt. 69. The Court accordingly concludes defendant's detention should continue in this case.

DATED this 23rd of April, 2019.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER DENYING MOTION TO REOPEN DETENTION ORDER - 1