THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0307-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RAQWON SLADE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on notice of a change of plea hearing (Dkt. No. 43). Trial in this matter is currently scheduled for June 3, 2019 at 9:30 a.m. (Dkt. No. 33.) On May 28, 2019, a change of plea hearing was scheduled for June 3, 2019 at 11:00 a.m. before the Honorable Michele L. Peterson, United States Magistrate Judge. (Dkt. No. 43.)

In light of the change of plea hearing, the Court hereby VACATES the trial date in this matter. Should it be necessary to set a new trial date, the Court will do so at the evidentiary hearing currently scheduled for June 4, 2019 at 9:00 a.m. *See United States v. Slade*, Case No. CR15-0353-JCC, Dkt. No. 86 (W.D. Wash 2019).

//

//

1       DATED this 28th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
