THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RAQWON SLADE,<br><br>      Defendant. | CASE NO. CR18-0307-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to proceed with the violation of supervised release hearing by video conference (Dkt. No. 72). Defendant has waived in-person appearance and consents to proceed by video conference. (*See* Dkt. No. 73.) For the reasons explained below, the Court FINDS that further delay in the absence of a video plea hearing would seriously harm the interests of justice and GRANTS the parties' motion.

Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." *See also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending the duration of General Order 04-20).

The Court FINDS that further delay in the absence of a video plea hearing would seriously harm the interests of justice because: (1) A Criminal Justice Act ("CJA") attorney was

ORDER
CR18-0307-JCC
PAGE - 1

appointed to represent Mr. Slade at this hearing in May 2021, (2) failure to permit a remote hearing would further and unnecessarily delay resolution of this matter, and (3) the parties agree that a remote hearing is favorable to avoid transporting Mr. Slade from the Washington Corrections Center during the ongoing COVID-19 pandemic.

For the foregoing reasons, the parties' motion (Dkt. No. 72) is GRANTED. It is further ORDERED that Mr. Slade's revocation hearing will take place remotely via video conferencing. The parties will contact the Courtroom Deputy to schedule the hearing. The parties should contact the Courtroom Deputy 24 hours before the hearing to request login or call-in information.

DATED this 15th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE